Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff  JOHN WILLIAM BABAKITIS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM BABAKITIS | CASE NO. 5:18-cv-58-AFM |
| Plaintiff | |
| v. | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: 7/12/2018

*[signature]*

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE